# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00285-CR

**Ignacio Sanchez Moreno, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-16-205199, THE HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due September 24, 2018. On counsel's motions, the time for filing was extended to December 10, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 9, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on December 20, 2018.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish